IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTOINE PIERRE,

    Petitioner,

v.                                                        CASE NO. 4:05-cv-00452-MP-WCS

MICHAEL CHERTOFF,
ALBERTO GONZALES,
DAVID HARVEY,
MICHAEL ROZOS,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the petition in this case be dismissed for failure to prosecute. The Report and Recommendation, like previous orders in this case was returned undeliverable. It is the petitioner's responsibility to keep the Court aware of his proper address. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *21st* day of December, 2006

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge